UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL JOHN WIGREN, | Case No. C07-75-RSL-JPD |
| Plaintiff, | |
| v. | |
| SNOHOMISH COUNTY CORRECTIONS, | MINUTE ORDER |
| Defendant. | |

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge. On January 17, 2007, plaintiff filed an application to proceed *in forma pauperis* ("IFP") in his civil action against the Snohomish County Department of Corrections. Dkt. No. 1. However, the following deficiency has been noted:

(1) A "Written Consent for Payment of Costs" is missing. The filing of such a form is required by Local Rule CR3(b)(2). The plaintiff is hereby ordered to complete and return the amended IFP application to the Clerk's office **no later than February 26, 2007**. Otherwise, the action may be subject to dismissal. Forms are available in the Clerk's office and online at http://www.wawd.uscourts.gov/ReferenceMaterials/Forms.htm.

Dockets.Justia.com

01     (2)    The Clerk is directed to send copies of this Order to the plaintiff and the
02 Honorable Robert S. Lasnik, Chief Judge.
03     DATED this 25th day of January, 2007.

04                       Bruce Rifkin
05                       Clerk of the Court

06
07                       /s/ Peter H. Voelker
08                       PETER H. VOELKER
                         Deputy Clerk

09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26