01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MICHAEL JOHN WIGREN, | ) | Case No. C07-75-RSL-JPD |
| Plaintiff, | ) | |
| v. | ) | MINUTE ORDER |
| SNOHOMISH COUNTY CORRECTIONS, | ) | |
| Defendant. | ) | |

17  The following minute order is made at the direction of the Court, the Honorable James

18 P. Donohue, United States Magistrate Judge. On January 17, 2007, plaintiff filed an

19 application to proceed *in forma pauperis* ("IFP") in his civil action against the Snohomish

20 County Department of Corrections. Dkt. No. 1. However, the following deficiency has been

21 noted:

22  (1)  A "Written Consent for Payment of Costs" is missing. The filing of such a form

23 is required by Local Rule CR3(b)(2). The plaintiff is hereby ordered to complete and return

24 the amended IFP application to the Clerk's office **no later than February 26, 2007**.

25 Otherwise, the action may be subject to dismissal. Forms are available in the Clerk's office and

26 online at http://www.wawd.uscourts.gov/ReferenceMaterials/Forms.htm.

01       (2)    The Clerk is directed to send copies of this Order to the plaintiff and the

02 Honorable Robert S. Lasnik, Chief Judge.

03       DATED this 25th day of January, 2007.

04                              Bruce Rifkin
                                Clerk of the Court

05

06

07                              /s/  Peter H. Voelker
                             PETER H. VOELKER
                             Deputy Clerk

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26