# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHAEL JOHN WIGREN,<br><br>    Plaintiff,<br><br>    vs.<br><br>SNOHOMISH COUNTY CORRECTIONS,<br><br>    Defendant. | NO. CV07-75<br><br>ORDER DENYING MOTION TO TRANSFER WITHOUT PREJUDICE |

This matter comes before the Court on plaintiff's motion to transfer the case to Spokane, Washington (Dkt. #8). Defendant, however, has not yet been served with either a summons or a complaint. Plaintiff's motion is therefore denied without prejudice. Plaintiff may resubmit his motion for the Court's consideration once defendant has been properly served in accordance with the Federal Rules of Civil Procedure.

DATED this 8th day of June, 2007.

_____
Robert S. Lasnik
United States District Judge