UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL JOHN WIGREN,

    Plaintiff,

vs.

SNOHOMISH COUNTY CORRECTIONS,

    Defendant.

NO. C07-75RSL

ORDER OF DISMISSAL FOR FAILURE TO PERFECT SERVICE OF SUMMONS AND COMPLAINT

    The complaint in this matter was filed on February 23, 2007. To date, plaintiff has failed to perfect service of the summons and complaint upon defendant or to make a timely request for extension of the service date, as required by Fed. R. Civ. P. 4(m). The Court having given plaintiff notice of this deficiency, hereby DISMISSES the above-captioned complaint without prejudice.

    IT IS NOW, THEREFORE, ORDERED that this matter be DISMISSED.

    DATED this 27th day of September, 2007.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL