1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8   _____
                                              )
9   MICHAEL JOHN WIGREN,                      )
                                              )        No. C07-75RSL
10                         Plaintiff,         )
          v.                                  )
11                                            )        ORDER VACATING ORDER OF
    SNOHOMISH COUNTY CORRECTIONS,             )        DISMISSAL AND ORDER
12                                            )        DIRECTING SERVICE
                           Defendant.         )
13  _____)

14          This matter comes before the Court *sua sponte*.  On February 23, 2007, the Court granted

15  plaintiff's motion to proceed *in forma pauperis* and entered plaintiff's Complaint.  See Dkt. #5

16  (Order), Dkt. #6 (Complaint).  As of September 7, 2007, plaintiff had not served defendant and

17  therefore the Court ordered plaintiff to show cause by September 24, 2007 why this action

18  should not be dismissed under Fed. R. Civ. P. 4.  See Dkt. #6 (Order to Show Cause).  Having

19  received no response from plaintiff, on September 27, 2007, the Court entered an order of

20  dismissal under Fed. R. Civ. P. 4(m) for failure to perfect service and summons.  See Dkt. #11.

21  On September 27, 2007, plaintiff responded to the order to show cause contending that he did

22  not receive the order until September 24, 2007 because he is no longer at Snohomish County

23  Jail but is now located at Spokane County Jail.

24          Based on plaintiff's response, the Court VACATES the "Order of Dismissal for Failure

25  to Perfect Service of Summons and Complaint"  (Dkt. #11).

26

    ORDER VACATING ORDER OF
    DISMISSAL AND ORDER DIRECTING SERVICE

1    However, by **Friday, November 2, 2007**, plaintiff shall serve defendant and file proof of

2    service with the Court.  Should plaintiff fail to serve defendant and file proof of service with the

3    Court by November 2, 2007, the Court will dismiss this case under Fed. R. Civ. P. 4(m).  <u>See</u>

4    Fed. R. Civ. P. 4(m) ("If service of the summons and complaint is not made upon a defendant

5    within 120 days after the filing of the complaint, the court, upon motion or on its own initiative

6    after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or

7    direct that service be effected within a specified time[.]").

8
     DATED this 4th day of October, 2007.
9

10

11   *Robert S. Lasnik*
     Robert S. Lasnik
12   United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER VACATING ORDER OF
DISMISSAL AND ORDER DIRECTING SERVICE   -2-