UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL JOHN WIGREN,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>SNOHOMISH COUNTY CORRECTIONS,<br><br>　　　　　　　Defendant. | No. C07-75RSL<br><br>ORDER OF DISMISSAL |

On October 4, 2007, this Court issued an order directing plaintiff to serve defendant and file proof of service with the Court by November 2, 2007. See Dkt. #13 (Order Vacating Order of Dismissal and Order Directing Service). Plaintiff was notified that failure to serve defendant and provide proof of service by November 2, 2007 would result in dismissal under Fed. R. Civ. P. 4(m). Id. at 2. Plaintiff has failed to file proof of service with the Court as required by the Court's October 4, 2007 Order. The Court therefore DISMISSES this action against defendant WITHOUT PREJUDICE. The Clerk of Court is directed to enter judgment accordingly.

DATED this 6th day of November, 2007.

　　　　　　　　　　　　　　　　　/s/ Robert S. Lasnik
　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL